UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INSTALLATION AND USE OF PEN
REGISTER AND INCOMING RECORDING
DEVICE

: **FILED UNDER SEAL**
:
: April 3, 2017
:

## APPLICATION

H. Gordon Hall, an attorney of the United States Department of Justice and an Assistant

United States Attorney for the District of Connecticut, hereby applies to the Court pursuant to

Title 18, United States Code, Section 3122 for an order authorizing the installation and use of a

pen register and of a device that captures the incoming electronic or other impulses which

identify the originating number of an instrument or device from which a wire or electronic

communication was transmitted ("incoming recording device"). In support of this application

he states the following:

1. Applicant is an "attorney for the Government" as defined in Rule 54(c) of the Federal

Rules of Criminal Procedure, and therefore, pursuant to Title18, United States Code, Section

3122, may apply for an order authorizing the installation and use of a pen register and incoming

recording device.

2. Applicant certifies that the DEA is conducting a criminal investigation of Westly

Northrup, Carlos Roman and others in connection with possible violations of Title 21, United

States Code, Sections 841(a)(1) and 846 (conspiracy to possess and to distribute controlled

substances), and related offenses; that telephone number (860) 797-7754 (the "Target

Telephone"), which is subscribed to by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with

service by Sprint, is used by an unidentified male, who is believed to be a source of supply in connection with the narcotics trafficking activities under investigation; that the information likely to be obtained from the pen register and incoming recording device is relevant to the ongoing criminal investigation in that it is believed that this information will concern the mentioned offenses; and that the information obtained from the incoming recording devices will be limited to calls originating within the Western Hemisphere.

3. Applicant requests that the Court issue an order for a period of sixty (60) days authorizing the installation and use of a pen register to register numbers dialed or pulsed from said telephone number, to record the date and time of such dialings or pulsings, and to record the length of time the telephone receiver in question is off the hook for incoming or outgoing calls, and of a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to said telephone number.

4. The applicant further requests that the order direct the furnishing of information, including subscriber information, facilities, and technical assistance necessary to unobtrusively accomplish the installation of the pen register and incoming recording device by Sprint ("the Company"), with reasonable compensation to be paid by the DEA for reasonable expenses incurred in providing such facilities and assistance.

WHEREFORE, it is respectfully requested that the Court grant an order for a period of 60 days (1) authorizing the installation and use of a pen register to record numbers dialed or pulsed from said telephone number and of a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or

3

electronic communication was transmitted to said telephone number, (2) directing the Company

to forthwith furnish agents of the DEA with all information, including subscriber information,

facilities, and technical assistance necessary to accomplish the installation and use of the devices

unobtrusively and with minimum interference to the services presently accorded persons whose

dialings or pulsings are the subject of the pen register and incoming recording device, (3)

authorizing application of the Court's order to the target telephone number referenced above

regardless of service provider during the 60-day period; and, (4) sealing this application and the

Court's order.

H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 23rd Floor
New Haven, CT 06510
Fed. Bar No. ct05153
(203) 821-3700

Subscribed and sworn to before
me this   _3'ᵈ_   day of April 2017,
at New Haven, Connecticut.

_____
        /s/
HONORABLE SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE

4